UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

Benjamin Rex
PLAINTIFF

Case: 1:25-cv-01935 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 6/20/2025
Description: TRO/PI (D-DECK)

VS.

Federal Bureau of Investigation
Central Intelligence Agency
DEFENDANT(S)

## MOTION

Alternative Service

If it pleases the court, I would like to request to use my P.O. Box as an eligible address for filing purposes and the means of alternative service to be electronic mail as I do not have a physical address and my P.O. Box is located in Wyoming. I am currently located in the Washington D.C. area as I work on resolving the issue between myself and the organization(s) pertaining to this complaint. I have provided my email address in the filing of the complaint and have access to electronic mail on a regular basis.

Signature

Benjamin Rex
Name (if applicable, Prisoner ID No.)

Address/Facility Address

City                     State     Zip Code

**RECEIVED**

JUN 2 0 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Rev: 8/8/2024
*Use additional pages as needed